JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RANDY JACOBS<br><br>and<br><br>STATE OF CALIFORNIA ex rel. RANDY JACOBS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>PACIFIC DERMATOLOGY INSTITUTE, INC., et al,<br><br>Defendants. | Case No.: 5:20-cv-01906-JGB-SHK<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR STAY**<br><br>Judge:         Hon. Jesus G. Bernal<br>Courtroom:  1<br><br>Complaint filed: September 9, 2020<br>FAC filed:          September 7, 2023<br>Trial Date:         August 27, 2024 |

Having considered Defendants' *Ex Parte* Application for Stay, and good cause appearing, the Application is **GRANTED**. Defendants shall receive an immediate ninety (90) day stay of all proceedings and discovery to engage in settlement discussions with the United States as the real party in interest. Defendants are **ORDERED** to file a status report no later than May 13, 2024. The Clerk is **DIRECTED** to administratively close this case.

**IT IS SO ORDERED.**

Dated: February 13, 2024

Honorable Jesus G. Bernal
JUDGE OF THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA